UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| LEE J. HALL, on behalf of himself and as Administrator of the Estates of FELISHA HALL, LEE HALL, and MADISON HALL, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:22-cv-02213-CSB-EIL |
| ANTHONY AUSTIN and CORNER LOUNGE, INC., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, LEE J. HALL, on behalf of himself and as Administrator of the Estates of FELISHA HALL, LEE HALL, and MADISON HALL, through his attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant, CORNER LOUNGE, INC., without prejudice.

DATED: December 1, 2022                     RESPECTFULLY SUBMITTED,

                                              By: /s/ Michael R. Bertucci
                                                  Michael R. Bertucci
                                                  IL SBN: 6326591
                                                  Agruss Law Firm, LLC
                                                  4809 N. Ravenswood Ave., Suite 419
                                                  Chicago, IL 60640
                                                  Tel: 312-224-4695
                                                  Fax: 312-253-4451
                                                  mbertucci@agrusslawfirm.com
                                                  Attorney for Plaintiff

**PROOF OF SERVICE**

I, Michael R. Bertucci state the following:

 I am employed in Chicago, IL.  I am over the age of 18 and am not a party to this action. My business address is 4809 N. Ravenswood Ave., Suite 419. I certify that on December 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

 James E. Long
 Chapin & Long, P.C.
 2009 Fox Drive, Suite S
 Champaign, IL 61820
 Telephone: 217-352-1400
 Facsimile: 217-352-1401
 Email: jlong@chapinlong.com
 Attorney for Defendant Anthony Austin

The foregoing was additionally served via email to the following.

 Corner Lounge, Inc.
 c/o Jennifer Muellenbach, AIC, CLMP
 Sr. Large Loss & Litigation Specialist
 Jmuellenbach@societyinsurance.com

December 1, 2022.

               By: /s/ Michael R. Bertucci
                   Michael R. Bertucci