# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| LEE J. HALL, on behalf of himself and as Administrator of the Estates of FELISHA HALL, LEE HALL, and MADISON HALL, <br><br> Plaintiff, <br><br> v. <br><br> ESQUIRE LOUNGE, INC., POUR BROS. CO., and JUPITER'S BILLIARDS & PIZZERIA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   No. 2:22-cv-02213-CSB-EIL |

## ORDER APPROVING SETTLEMENT, DISTRIBUTION, AND DISMISSAL WITH PREJUDICE

THIS CAUSE COMING TO BE HEARD ON Plaintiff's Petition for Approval of Settlement in the amount of $150,000.00, distribution and dismissal. THIS COURT BEING FULLY ADVISED IN THE PREMISES FINDS AND ORDERS AS FOLLOWS:

1. Plaintiff's allegations against Defendants generally involve a fatal motor vehicle collision after a driver consumed alcohol at the Defendants' establishments.

2. That the claims against Defendants, JUPITER'S BILLIARDS & PIZZERIA, INC. and POUR BROS CO., are settled for $125,000.00 and $25,000.00 respectively, to be paid entirely by and/or on behalf of said Defendants, and apportioned among the claims as follows:

    a. $45,500 of the settlement funds will settle Plaintiff's property damage claims for his truck, trailer, and racecar. These funds will be distributed directly to Plaintiff Lee J. Hall.

    b. $58,525.32 of the settlement funds will settle Plaintiff's claims for funeral expenses. These funds will be distributed directly to Plaintiff Lee J. Hall.

    c. $35,974.68 of the settlement funds will settle a portion of Felisha Hall's bodily injury claim and will be distributed to Felisha's estate.

    d. The remaining settlement funds are apportioned equally to Plaintiff's remaining claims as follows:

        i. $2,000.00 to Plaintiff Lee J. Hall's loss of society claim as to Lee Hall, which will be distributed directly to Plaintiff.

        ii. $2,000.00 to Plaintiff Lee J. Hall's loss of society claim as to Felisha Hall, which will be distributed directly to Plaintiff.

        iii. $2,000.00 to Plaintiff Lee J. Hall's loss of society claim as to Madison Hall, which will be distributed directly to Plaintiff.

        iv. $2,000.00 to Lee Hall's bodily injury claim, which will be distributed to Lee's estate.

        v. $2,000.00 to Madison Hall's bodily injury claim, which will be distributed to Madison's estate.

3. The Court hereby finds pursuant to the facts of this case, the Affidavit of Attorney Michael Bertucci, and the consent forms executed by the heir of Lee Hall, Deceased, Felisha Hall, Deceased, and Madison Hall, Deceased, that the total settlement amount of $150,000.00 is fair and reasonable.

4. Pursuant to a fee agreement between Agruss Law Firm, LLC and Plaintiff, Agruss Law Firm, LLC are entitled to a total fee in the amount of $50,000.00.

5. Pursuant to consent forms executed by the heir of Lee Hall, Deceased, Felisha Hall, Deceased, and Madison Hall, Deceased, Deceased, said fees are approved.

6. That Agruss Law Firm, LLC, attorneys for Plaintiff, is entitled to reimbursement of the costs and expenses attributable to this lawsuit in the sum of $10,366.74 and itemized as follows:

| Date | Expense Type | Description | Amount |
|---|---|---|---|
| 3/26/2023 | Experts | - | $800.00 |
| 4/18/2023 | Medical Records | Photos from coroner of autopsies | $936.00 |
| 4/25/2023 | Service Fee | J + J Ventures Subpoena | $110.00 |
| 5/26/2023 | Deposition | Court Reporter for Caesey Schneider-Gehrt | $500.00 |
| 5/26/2023 | Medical Records | Toxicology Reports | $75.00 |
| 6/2/2023 | Depositions x3 | Deposition of Kirchner, McMullen & Basalay | $1,585.94 |
| 6/5/2023 | Deposition | Deposition of J. Sampson & P. Higgins | $382.05 |
| 6/9/2023 | Mediator Costs | Mediation | $1,699.50 |
| 6/12/223 | Experts | - | $3,000.00 |
| 7/26/2023 | Mediator Costs | Mediator | $275.00 |
| 7/26/2023 | Service Fee | Subpoena as to Funeral Home | $95.00 |
| 7/28/223 | Service Fee | Subpoena as to Cincinnati Insurance | $90.00 |
| 7/28/2023 | Service Fee | Subpoenas as to Principal Insurance | $50.00 |
| 7/28/2023 | Deposition | Deposition of Anthony Austin | $678.25 |
| 7/31/2023 | Service Fee | Subpoena as to Cincinnati (new address) | $90.00 |
|  |  | TOTAL | $10,366.74 |

7. This Court hereby finds that after reduction of the payment of attorneys' fees, and reimbursement of litigation expenses, and pursuant to the consent form executed by the next of kin of Lee Hall, Deceased, Felisha Hall, Deceased, and Madison Hall, Deceased, the net settlement proceeds are $89,633.26 to be apportioned as follows:

   a. Property Damage: $27,188.75

   b. Funeral Expenses: $34,972.10

   c. Estate of Felisha Hall:  $21,496.85

   d. Estate of Lee Hall: $1,195.11

   e. Estate of Madison Hall: $1,195.11

   f. Three Loss of Society Claims: $3,585.34

8. There are no known liens asserted against the settlement.

9. This Court hereby finds pursuant to the consent forms executed by the heir of Lee Hall, Deceased, Felisha Hall, Deceased, and Madison Hall, Deceased, that the total settlement of $150,000.00 is approved, and shall ultimately be accounted for and administered in the Probate Division, as follows:

| Disbursement | Amount |
| --- | --- |
| Agruss Law Firm, LLC (attorney's fees) | $50,000.00 |
| Agruss Law Firm, LLC (reimbursement of litigation costs) | $10,366.74 |
| Plaintiff | Property Damage: $27,188.75<br>Funeral Expenses: $34,972.10<br>Loss of Society: $3,585.34<br>**Total: $65,746.19** |
| Estate of Felisha Hall | $21,496.85 |
| Estate of Lee Hall | $1,195.11 |
| Madison Hall | $1,195.11 |
| TOTAL | $150,000.00 |

10. The case against Defendants, JUPITER'S BILLIARDS & PIZZERIA, INC. and POUR BROS CO., is dismissed with prejudice and without costs.

11. This matter will continue against ESQUIRE LOUNGE, INC.

ENTERED:

Date: 8/24/2023

s/Colin S. Bruce
U.S. District Judge

Prepared by:
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Avenue, Suite 419
Chicago, Illinois 60640
Tel: 312-224-4695
Fax: 312-253-4451
E-mail: mbertucci@agrusslawfirm.com